| | |
|---|---|
| **From:** | Pamela Abelleyra |
| **To:** | Riley Busby; Alex Acosta |
| **Cc:** | RAÚL SEDILLO; Chandice Saavedra; Marina Pavlakos |
| **Subject:** | Torres v. Dixie Express LLC et al |
| **Date:** | Friday, May 27, 2022 3:28:28 PM |
| **Attachments:** | image004.png |
| | USPS.com® - USPS Tracking® Results- Dixie.pdf |

Good afternoon Mr. Busby,

Attached please find USPS tracking results for Dixie Express. Our service packet was delivered May 9, 2022 and signed by an individual.

# Pamela Abelleyra
*Paralegal to Alejandro Acosta III*

**FLORES | TAWNEY | ACOSTA P.C.**
*Serious Injury Attorneys*

| Las Cruces, NM: | El Paso, TX: | Carlsbad, NM: | Albuquerque, NM: |
|---|---|---|---|
| 1485 N. Main Street, Suite B Suite 1-C | 906 N. Mesa, 2nd Floor | 102 W. Hagerman St., Suite D | 1121 4th Street NW, |
| Las Cruces, NM 88001 | El Paso, TX 79902 | Carlsbad, NM 88220 | Albuquerque, NM 87102 |
| Phone: (575) 222-1000 | Phone (915) 308-1000 | Phone: (575) 222-1000 | Phone: (505) 300-1000 |
| Facsimile: (575) 652-4752 | Facsimile: (915) 300-0283 | Facsimile: (575) 652-4752 | Facsimile: (575) 652-4752 |

Web: www.ftalawfirm.com

ATTENTION:
This e-mail and any attachments are strictly confidential and solely for the use of the intended recipient(s). It may contain information subject to the attorney-client privilege and attorney work product doctrine. If you are not the intended recipient, you may not disclose, print, copy, or forward it. If you have received this message in error, please reply and notify the sender (only) and permanently delete it. Thank you.

**From:** Riley Busby <RBusby@JSHFIRM.COM>
**Sent:** Friday, May 27, 2022 1:40:27 PM
**To:** Alex Acosta <aacosta@ftalawfirm.com>; Lindsey Tucker <ltucker@ftalawfirm.com>
**Cc:** RAÚL SEDILLO <RSedillo@JSHFIRM.COM>; Chandice Saavedra <CSaavedra@JSHFIRM.COM>; Marina Pavlakos <MPavlakos@JSHFIRM.COM>
**Subject:** [EXTERNAL]Torres v. Dixie Express LLC et al

Hi Alex,

It was a pleasure speaking with you this morning regarding this matter. Just wanted to circle back and see if your paralegal was able to determine whether you received confirmation of service on Dixie Express LLC.



**Exhibit A**

Thank you,



**RILEY J. BUSBY** | Attorney

Jones, Skelton & Hochuli, P.L.C.

100 Sun Avenue NE, Suite 204 | Albuquerque, NM 87109

**P** (505) 339-3508 | **F** (505) 339-3208

website | bio | vCard | map | email | linkedin | facebook | twitter

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70211970000077900608

Remove ✕

Your item was delivered to an individual at the address at 11:21 am on May 9, 2022 in CLOVIS, NM 88101.

USPS Tracking Plus® Available ⌄

### ✓ Delivered, Left with Individual

May 9, 2022 at 11:21 am
CLOVIS, NM 88101

Feedback

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback