IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOMAS TORRES,

      Plaintiff,

v.                                                  No. 2:22-cv-433 KWR/KRS

JAMES MALCOLM COVINGTON,
and DIXIE EXPRESS, LLC,

      Defendants.

## ORDER GRANTING JOINT MOTION TO ENLARGE CASE MANAGEMENT DEADLINES AND RESET SETTLEMENT CONFERENCE

THIS MATTER is before the Court on the parties' Joint Motion to Enlarge Case Management Deadlines, (Doc. 25), filed December 15, 2022. The parties request a 120-day extension of their scheduling order deadlines due to counsel for Defendant Covington recently entering the case. The parties also ask to reset the February 21, 2023 settlement conference to mid-June 2023. Having considered the Motion and record of the case, the Court GRANTS the Motion and resets the parties' deadlines as follows:

| | |
|---|---|
| Deadline for Plaintiff's expert reports: | **April 15, 2023** |
| Deadline for Defendants' expert reports: | **May 12, 2023** |
| Termination of discovery: | **June 16, 2023** |
| Deadline for supplementing discovery: | **June 29, 2023** |
| Motions relating to discovery: | **July 6, 2023** |
| All other motions: | **July 18, 2023** |
| Pretrial Order - Plaintiff to Defendants:<br>                    Defendants to the Court: | **September 2, 2023**<br>**September 16, 2023** |

The Court also VACATES the February 21, 2023 settlement conference. The Court will reset the settlement conference at the telephonic status conference set for January 11, 2023 at 9:30 a.m. *See* (Doc. 16).

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE