IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOMAS TORRES,

    Plaintiff,

v.                              No. 2:22-cv-00433 KWR/KRS

JAMES MALCOM COVINGTON
AND DIXIE EXPRESS,
    Defendants.

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINES TO DISCLOSE EXPERT WITNESSES

**THIS MATTER** having come before the Court on the Parties' *Joint Motion to Extend Deadlines to Disclose Expert Witnesses*, and the Court having reviewed same, **FINDS** that the Motion is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that the December 16, 2022 Order Granting Joint Motion to Enlarge Case Management Deadlines and Reset Settlement Conference is modified such that the deadline for Plaintiff to disclose their expert witnesses is extended from April 15, 2023 to June 26, 2023 and the deadline for Defendants to disclose their expert witnesses is extended from May 12, 2023 to July 26, 2023. The Court will set a status conference after May 18, 2023 to determine new case management deadlines.

    **IT IS SO ORDERED.**

                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE

**SUBMITTED AND APPROVED BY:**

*/s/ Justin L. Robbs*
Justin L. Robbs
Hannah R. Jiacoletti
Civerolo, Gralow & Hill, PA
P.O. Box 93940
Albuquerque, NM 87199
Phone: (505) 842-8255
Email: robbsj@civerolo.com
***Attorney for Defendant James Malcom Covington***

**APPROVED BY:**

Flores, Tawney & Acosta, P.C.

*Approval via email 05/01/2023*
Alejandro Acosta
Daisy Chaparro
1485 N. Main Street, Suite B
Las Cruces, New Mexico 88001
Email: aacosta@ftalawfirm.com
Email: dchaparro@ftalawfirm.com
***Attorneys for Plaintiff Tomas Torres***

- and -

Jones, Skelton & Hochuli, P.L.C.

*Approval via email 05/04/23*
Fernando C. Palomares
Raul Sedillo
100 Sun Avenue NE, Suite 204
Albuquerque, New Mexico 87109
Email: rbusby@jshfirm.com
Email: fpalomares@jshfirm.com
Email: rsedillo@jshfirm.com
***Attorneys for Dixie Express, LLC***