UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TOMAS TORRES,

    Plaintiff,

vs.

JAMES MALCOM COVINGTON,
AND DIXIE EXPRESS LLC

    Defendants.

No. 2:22-cv-00433-KWR-KRS

**ORDER GRANTING JOINT MOTION TO DISMISS
PLAINTIFF'S CLAIMS WITH PREJUDICE**

**THIS MATTER** comes before the Court upon the parties' "Joint Motion to Dismiss Plaintiff's Claims with Prejudice" [ECF Doc. 55] ("Motion"). The Court, being fully advised and noting the stipulation of the parties, finds that there is good cause to grant this Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants, James Malcom Covington and Dixie Express, LLC, asserted in *Plaintiff's Complaint for Personal Injury Damages,* and any amendments thereto, together with all claims that could have been asserted therein, are hereby **DISMISSED WITH PREJUDICE**, with all parties to bear their own attorneys' fees and costs.

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

11808127.1

**APPROVED BY:**

*/s/ Raúl P. Sedillo*
Raúl P. Sedillo
Fernando C. Palomares
Jones, Skelton & Hochuli P.L.C.
8220 San Pedro Dr. NE, Suite 420
Albuquerque, New Mexico 87113
Telephone:   (505) 339-3500
Facsimile:    (505) 339-3200
E-mail:    rsedillo@jshfirm.com
           fpalomares@jshfirm.com
*Attorneys for Defendant Dixie Express*

*Approved via email on 6/22/23*
Justin L. Robbs
Megan Day Hill
CIVEROLO, GRALOW, & HILL
P.O. Box 93940
Albuquerque, NM 87199
Phone: (505) 842-8255
robbsj@civerolo.com
hillm@civerolo.com
jiacolettih@civerolo.com
*Attorneys for James Malcom Covington*

*Approved via email on 6/30/23*
Alejandro Acosta, III
Daisy Chaparro
FLORES, TAWNEY & ACOSTA P.C.
1485 N. Main St., Suite B
Las Cruces, NM  88001
Tel: (575) 222-1000
aacosta@ftalawfirm.com
dchaparro@ftalawfirm.com
*Attorneys for Plaintiff*

11808127.1